180-08/PJG/DPM
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiffs
CHANGJIANG SHIPPING (GROUP) PHOENIX CO. LTD. and
SHANGHAI CHANGJIANG SHIPPING CORP.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Peter J. Gutowski (PG 2200)
Don P. Murnane, Jr. (DM 3639)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHANGJIANG SHIPPING (GROUP) PHOENIX
CO. LTD. and SHANGHAI CHANGJIANG
SHIPPING CORP.,

                Plaintiffs,

  -against-

CHERNOMORNEFTEGAZ TECHNICAL
FLEETAND UNDERWATER TECHNICAL
WORK ADMINISTRATION,

                Defendant.
------------------------------------------------------------x

08 CIV. 3168 (SHS)

**RULE 7.1 STATEMENT**

Pursuant to Federal Rules of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification, or recusal, Plaintiffs CHANGJIANG SHIPPING (GROUP) PHOENIX CO. LTD. and SHANGHAI CHANGJIANG SHIPPING CORP. (private non-governmental parties), by and through their undersigned attorneys Freehill Hogan & Mahar, LLP, certify that they have no corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated: New York, New York
      March 28, 2008

                        FREEHILL HOGAN & MAHAR, LLP
                        Attorneys for Plaintiffs

                By: _____
                        Peter J. Gutowski (PG 2200)

NYDOCS1/301521.1