Fax Server    Received: 4/29/2008 3:59:12 PM    PAGE  004/29/2008    Fax Server
Case 1:08-cv-03168-SHS    Document 7    Filed 04/29/2008    Page 1 of 1

TO: Honorable Judge Sideny H. Stein    COMPANY:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/08

180-08/PJG
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CHANGJIANG SHIPPING (GROUP)
PHOENIX and SHANGHAI CHANGJIANG
SHIPPING CORP.,

           Plaintiffs,

-against-

CHERNOMORNEFTEGAZ TECHNICAL
FLEET AND UNDERWATER TECHNICAL
WORK ADMINISTRATION,
           Defendants.
-----------------------------------------------------------x

08 Civ. 3168 (SHS)

NOTICE OF DISMISSAL
OF ACTION UNDER
F.R.C.P. 41 AND
WITHDRAWAL OF RULE
B ATTACHMENT

The above entitled action is hereby discontinued without prejudice on application of the Plaintiffs pursuant to Fed. R. Civ. 41(a)(1), the Defendant not having appeared, filed an answer nor filed a motion for summary judgment, and the Process of Maritime Attachment and Garnishment issued in this action pursuant to Supplemental Rule B is hereby withdrawn and vacated and any garnishee holding funds pursuant to the attachment issued herein is directed to release same forthwith.

Dated: New York, New York
      April 29, 2008

FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiffs

By: _____
Peter J. Gutowski (PG 2200)
80 Pine Street
New York, NY 10005
(212) 425-1900

SO ORDERED: 4/29/08

_____
U.S.D.J.

NYDOCS1/303675.1